IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr35-MHT |
| | ) | (WO) |
| ANTHONY BRIEN CORNETT | ) | |

ORDER

Upon consideration of the probation officer's petition for early termination of probation for defendant Anthony Brien Cornett (doc. no. 33), and based on his compliance with all terms of supervised release, his stable residence and employment, and his community service with Hope Inspired Ministries, and based on the government's response that it does not oppose early termination, it is ORDERED that:

(1) The petition is granted.

(2) Defendant Anthony Brien Cornett's term of probation is terminated effective immediately, and he is discharged.

DONE, this the 21st day of December, 2018.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE